FID# 10292280

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

**RECEIVED**
MAR 31 2017

| United States of America | ) |
| v. | ) |
| Zakaryia Abdin | ) Case No. 2:17mj 81 |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Zakaryia Abdin,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

The Defendnat attempted to provide material support to a designated foreign terrorist organization, the Islamic State of Iraq and al-Sham ("ISIS") in violation of Title 18, United States Code, Section 2339B(a)(1). Specifically, Abdin attempted to provide material support or resources, as the term is defined in 18 U.S.C. § 2339(a), namely personnel, (i.e. himself), to ISIS and has performed these acts in the District of South Carolina.

Date: Mar 31, 2017

_____
*Issuing officer's signature*

City and state: Charleston, South Carolina

United States Magistrate Judge Bristow Marchant
*Printed name and title*

### Return

| This warrant was received on *(date)* MAR 3 1 2017, and the person was arrested on *(date)* 3/30/17 |
| at *(city and state)* Charleston, SC |

Date: 4/3/17

FBI S/A Chris Whitaker
*Arresting officer's signature*

By: P. Schwartz CPS
*Printed name and title*